IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HOMEVESTORS OF AMERICA, INC., | § |
| | § |
| *Plaintiff*, | § |
| | § |
| v. | § |
| | §   Civil Action No. |
| MOSS HOME SOLUTIONS, LLC d/b/a BETH & CJ BUY HOUSES, CHRISTOPHER JOSEPH MOSS, BETHANY DICKENS, ADENIUM HOLDINGS, LLC | § § § § § |
| | § |
| *Defendants*. | § |

## ORIGINAL COMPLAINT

Plaintiff, HomeVestors of America, Inc. ("HomeVestors"), files this Complaint against Defendants, Moss Home Solutions, LLC d/b/a Beth and CJ Buy Houses, Christopher Joseph Moss, Bethany Dickens, and Adenium Holdings, LLC (collectively, "Defendants"), and for its claims, alleges as following, upon personal knowledge as to its own actions and upon information and belief as to the actions of Defendants:

## I.
## PARTIES

1. Plaintiff HomeVestors is a domestic corporation with its principal place of business in Dallas, Texas.

2. Defendant Moss Home Solutions d/b/a Beth and CJ Buy Houses ("MHS") is a limited liability company doing business in the State of Rhode Island who maintains a principal place of business at 300 Centerville Road Summit East, Suite 320, Warwick, Rhode Island 02886.

MHS may be served through its registered agent, Incorp Services, Inc., at 44 School Street, Suite 505, Boston, Massachusetts 02108-4221.

3. Defendant Christopher Joseph Moss ("CJ Moss") is an individual resident of the State of Rhode Island. CJ Moss may be served at 628 Park Ave., Portsmouth, Rhode Island 02871-4923.

4. Defendant Bethany Dickens ("Dickens") is an individual resident of the State of Rhode Island. Dickens may be served at 628 Park Ave., Portsmouth, Rhode Island 02871-4923.

5. Defendant Adenium Holdings, LLC ("Adenium") is a Rhode Island limited liability company with its principal place of business at 300 Centerville Road Summit East, Suite 320, Warwick, Rhode Island 02886. Adenium may be served through its registered agent Ryan J. Lutrario, Esq. at 300 Centerville Road Summit East, Suite 320, Warwick, Rhode Island 02886.

## II.
## JURISDICTION AND VENUE

6. This is an action for trademark infringement and unfair competition arising under 15 U.S.C. §§ 1114 and 1125(a). Accordingly, this Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338. The Court has supplemental jurisdiction over all state law claims under 28 U.S.C. § 1367.

7. Defendants are subject to personal jurisdiction in this district because Defendants either reside in or are doing substantial business in this district. In addition, Defendants have infringed, contributed to the infringement of, and/or actively induced others to infringe HomeVestors' trademarks in this district.

8. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the claims arose in this district, and one or more of the Defendants reside in this district for purposes of venue under 28 U.S.C. § 1391(c).

## III.
## FACTUAL BACKGROUND

**HomeVestors' Trademark Rights**

9. HomeVestors is the largest homebuyer in the United States. Since its founding in 1996, HomeVestors' network of over 1,150 independently owned and operated franchises has purchased over 125,000 homes throughout the United States. HomeVestors' franchisees, who are located in 48 states and the District of Columbia, build businesses based on buying, rehabbing, selling, and holding residential properties. Known as the We Buy Ugly Houses® people, HomeVestors strives to make a positive impact in each of its over 175 markets. HomeVestors was listed on the 2021 Inc. 5000 and has appeared for 12 consecutive years on the prestigious Franchise Business Review's List of Top Franchises. HomeVestors has also been regularly recognized by Entrepreneur Magazine, including as a Top Growth Franchise and placed at number 36 on its annual Franchise 500. In 2020, Franchise Times ranked HomeVestors 94th on its Top 200 Franchise Chains by Worldwide Sales.

10. HomeVestors franchisees often renovate the houses they purchase before selling or renting them to others. Consequently, since at least 2000, HomeVestors has used the mark WE BUY UGLY HOUSES in connection with its franchising and real estate services.

11. On September 30, 2002, HomeVestors applied for the registration of the WE BUY UGLY HOUSES mark in Class 35, and, on March 30, 2004, The United States Patent and Trademark Office issued U.S. Registration No. 2,827,136. On October 17, 2003, HomeVestors

applied for a registration of the WE BUY UGLY HOUSES mark in Class 36, and on September 27, 2005, the United States Patent and Trademark Office issued U.S. Registration No. 2,999,705. *See* Certificates of Registration attached hereto as **Exhibit A** and incorporated by reference. HomeVestors' registrations for the WE BUY UGLY HOUSES mark have become incontestable and constitute conclusive evidence of the validity of the mark, HomeVestors' ownership of the mark, and its exclusive right to use the mark.

12. HomeVestors is also the owner of more than thirty United States Trademark Registrations for its UGLY family of marks (collectively, the "UGLY HOUSES Marks"), including:

| MARK | REG. NO. | GOODS/SERVICES |
|---|---|---|
| WE BUY UGLY HOUSES ® | 3,099,814 (Incontestable) | IC 36. Real estate services, namely, real estate brokerage, and providing mortgage, title and home insurance brokerage services. |
| WE BUY UGLY HOUSES ® | 2,999,705 (Incontestable) | IC 36. Real estate services, namely real estate acquisition, real estate brokerage services and real estate financing services. |
| WE BUY UGLY HOUSES ® | 5,467,581 | IC 35. Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling of residential real estate. <br><br> IC 36. Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real |

| Mark | Reg. No. | Services |
|---|---|---|
| | | estate purchasing, residential real estate financing, and the selling of residential real estate. |
| [WE BUY UGLY HOUSES and make them NICE again logo] ® | 2,827,136 (Incontestable) | IC 35. Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. |
| [UGLY'S OK logo] ® | 2,797,429 (Incontestable) | IC 26. Ornamental novelty buttons. |
| [UGLY'S OK logo] ® | 2,797,374 (Incontestable) | IC 35. Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. |
| UGLY'S OK ® | 2,794,480 (Incontestable) | IC 35. Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. |
| THE UGLIEST HOUSE OF THE YEAR ® | 5,304,576 | IC 35. Organizing and promoting contests for advertising purposes; promoting the sale of services of others by conducting contests. |
| [The Ugliest House of The Year logo] ® | 5,304,577 | IC 35. Organizing and promoting contests for advertising purposes; promoting the sale of services of others by conducting contests. |
| THE GOOD, THE BAD AND THE UGLY ® | 3,350,752 (Incontestable) | IC 36. Real estate services, namely, purchase, finance, acquisition and brokerage of residential real estate properties for others. |
| WE BUY THE GOOD, THE BAD AND THE UGLY ® | 3,307,918 (Incontestable) | IC 36. Real estate services, namely purchase, finance, acquisition and brokerage of residential real estate properties. |
| [UG BUYS HOUSES. logo] ® | 3,128,574 (Incontestable) | IC 36. Real estate services, namely, real estate acquisition, real estate brokerage services, and real estate financing services. |
| UG BUYS UGLY HOUSES ® | 2,999,978 (Incontestable) | IC 35. Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. |
| | 2,935,916 (Incontestable) | IC 36. Real estate services, namely, real estate acquisition, real estate brokerage services, and real |

| Mark | Reg. No. | Services |
|---|---|---|
| UG BUYS UGLY HOUSES ® | | estate financing services. |
| UGLY OPPORTUNITIES ® | 4,313,868 (Incontestable) | IC 35.  Franchise consulting services, namely, consultation in connection with marketing and advertising of franchise businesses, franchise lead generation, strategic franchise planning, territory management and franchise sales; concept and brand development in the field of franchising; marketing and promotion of franchise sales services; business advisory and consulting services relating to franchise sales; broker referral services in the field of franchises. |
| UG SELLS UGLY HOUSES ® | 4,786,527 (Incontestable) | IC 35.  Real estate sales management; sales promotion services; providing web site for investors to access properties for sale.<br>IC 36.  Real estate services, namely, real estate brokerage, and providing mortgage, title and home insurance brokerage services; real estate services, namely, real estate acquisition, real estate brokerage services and real estate financing services; real estate consultation, management, brokerage, and leasing services; real estate sales, namely, real estate agency services and real estate listing. |
| WE SELL UGLY HOUSES ® | 4,638,341 (Incontestable) | IC 035.  Real estate sales management; sales promotion services; providing web site for investors to access properties for sale.<br>IC 036.  Real estate services, namely, real estate brokerage, and providing mortgage, title and home insurance brokerage services; real estate services, namely, real estate acquisition, real estate brokerage services and real estate financing services; real estate consultation, management, brokerage, and leasing services; real estate sales, namely, real estate agency services and real estate listing. |
| I ♥ UGLY HOUSES ® (logo) | 4,881,433 | IC 35.  Real estate sales management; sales promotion services; providing web site for investors to access properties for sale.<br>IC 036.  Real estate services, namely real estate brokerage, and providing mortgage, title and home insurance brokerage services; real estate services, namely, real estate acquisition, real estate brokerage services and real estate financing services; real estate consultation, management, brokerage, and leasing services; real estate sales, namely real estate agency services and real estate listing. |
| COMPRAMOS CASAS FEAS ® | 5,309,216 | IC 35. Real estate sales management, marketing and advertising services; sales promotion services; franchising services, namely, offering business management consultation and assistance in establishing, operating and |

| | | |
|---|---|---|
| | | marketing franchised businesses specializing in purchasing, financing and selling residential real estate. |
| | | IC 036. US 100 101 102. G & S: Real estate services, namely, real estate acquisition services and real estate financing services; real estate consultation, management and leasing services; real estate sales-related services, namely, real estate listing; providing a website featuring information in the field of real estate for investors to access properties for sale; providing information in the field of real estate; providing information in the field of real estate via the Internet; franchising services, namely, providing financial information and financial advice regarding the establishment, operation and marketing of franchised businesses specializing in purchasing, financing and selling residential real estate. |
| #WEBUYUGLYHOUSES ® | 5,297,521 | IC 35.  Real estate sales management; sales promotion services;  franchising services, namely offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. |
| | | IC 36.   Real estate services, namely, real estate brokerage, and providing mortgage, title and home insurance brokerage services; real estate services, namely, real estate acquisition, real estate brokerage services and real estate financing services; real estate consultation, management, brokerage, and leasing services;  providing a website for investors to access listings of real estate properties that are for sale. |
| I BUY UGLY HOUSES ® | 6,259,085 | IC 35. Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and in the fields of residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate. |
| | | IC 36.  Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate. |

| | | |
|---|---|---|
| SELL US YOUR UGLY HOUSE ® | 5,919,522 | IC 35. Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and in the fields of residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate<br><br>IC 36. Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate. |
| WE BUY HOUSES, THE GOOD, THE BAD AND THE UGLY ® | 5,919,520 | IC 35. Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and in the fields of residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate.<br><br>IC 36.  Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate. |
| WE BUY HOUSES, UGLY OR NOT ® | 5,919,518 | IC 35. Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, residential and |

| | | |
|---|---|---|
| | | commercial real estate, and in the fields of residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate. |
| | | IC 36. Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, residential and commercial real estate, and residential real estate purchasing, residential real estate financing, and the selling or leasing of residential real estate. |
| WE BUY UGLY HOUSES.COM® | 5,560,021 | IC 35. Real estate sales management, marketing, and advertising services; sales promotion services; franchising services, namely, offering business management assistance, consultation, and advisory services in establishing, operating, promoting, marketing, and developing franchised businesses in the fields of real estate, real estate investment, and the purchase, finance, and sale of real estate. |
| | | IC 36. Real estate acquisition services; real estate financing services; real estate consultation, management, and leasing services; evaluation and assessment of real estate; providing a website featuring information in the field of real estate and featuring listings of properties for sale for access by investors; providing real estate listings and real estate information; providing real estate listings and real estate information via the Internet; franchising services, namely, providing financial information and advice regarding establishing, operating, marketing, and developing franchised businesses in the fields of real estate, real estate investment, and the purchase, finance, and sale of real estate. |
| UGLY HOUSE? ® | 5,172,916 | IC 35. Real estate sales management; sales promotion services; franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate. |
| | | IC 36. Real estate services, namely, real estate brokerage, and providing mortgage, title and home insurance brokerage services; real estate services, namely, real estate acquisition, real estate brokerage services and real estate financing services; real estate consultation, management, brokerage, and leasing services; providing a web site for investors to access listings of real estate properties that are for sale |
| UG INVESTS.COM ® | 3,438,769 (Incontestable) | IC 36. Real estate services, namely, purchase, finance, and acquisition [and brokerage] of residential real estate properties |

| | | |
|---|---|---|
| UG SELLS HOUSES TOO. ® | 3,263,978 (Incontestable) | IC 036. Real estate services, namely, purchase, finance, and acquisition [and brokerage] of residential real estate properties. |
| SOLUTIONS FOR UGLY SITUATIONS ® | 3,188,593 (Incontestable) | IC 36. Real estate services, namely real estate acquisition, real estate brokerage services and loan financing. |
| SOLUTIONS FOR UGLY SITUATIONS ® | 3,185,390 (Incontestable) | IC 35. Franchising services, namely, offering technical assistance in establishing, operating, marketing and developing franchised businesses that purchase, finance and sell residential real estate |

13. Among HomeVestors' federally registered UGLY HOUSES marks is WE BUY UGLY HOUSES (U.S. Reg. Nos. 2,999,705; 3,099,814; 5,297,521; 5,560,021; 5,467,581), UGLY'S OK (U.S. Reg. No. 2,794,480), WE BUY THE GOOD, THE BAD AND THE UGLY (U.S. Reg. No. 3,307,918), THE GOOD, THE BAD AND THE UGLY (U.S. Reg. No. 3,350,752), UGLY OPPORTUNITIES (U.S. Reg. No. 4,313,868), UGLY HOUSE? (U.S. Reg. No. 5,172,916), and WE BUY HOUSES, THE GOOD, THE BAD AND THE UGLY (U.S. Reg. No. 5,919,520). *See* Certificate of Registrations attached hereto as **Exhibit A** and incorporated by reference.

14. Only HomeVestors, and its independently owned and operated licensed franchisees, have the right to use the HomeVestors' UGLY HOUSES Marks.

15. HomeVestors' franchisees advertise their real estate-related services through print media, billboards, the Internet, and on television and radio. The annual advertising expenditures routinely exceed $85 million. As a result of the extensive advertising and sales, the UGLY HOUSES Marks enjoy significant goodwill among relevant consumers.

16. Due to the longstanding use, extensive advertising, and widespread recognition among the consuming public, HomeVestors' WE BUY UGLY HOUSES mark, as well as HomeVestors' other UGLY HOUSES Marks, have become famous.

**Defendants' Wrongful Acts**

17. Defendants are not licensed HomeVestors franchisees, nor do they have any affiliation with HomeVestors. Consequently, Defendants are not entitled to use any of the UGLY HOUSES Marks to promote their real estate services. Defendants are also a direct competitor with HomeVestors in the buying and selling of houses in distressed situations.

18. Defendants have used the mark WE BUY UGLY HOUSES FOR CASH, to advertise their real estate services through their website. Screen captures of the results list from a Google search for Defendants' website, and screen captures of Defendants' website located at: https://www.mosshomesolutions.com/ showing Defendants' use of the HomeVestors' UGLY HOUSES Marks are attached hereto as **Exhibit B**.

19. Defendants also maintain an Instagram account under the handle "mosshomesolutions" and use the hashtag #WeBuyUglyHouses to market and promote their real estate services on social media. As recently as August 15, 2022, Defendants have used the hashtag #WeBuyUglyHouses on their Instagram posts for promotional purposes. Defendants' use of the #WeBuyUglyHouses on their Instagram page creates a likelihood of confusion with HomeVestors' UGLY HOUSES Marks such that a consumer would be confused. Screenshots of Defendants' Instagram page showing use of #WeBuyUglyHouses, #WeBuyUglyHouse, and #WeBuyUglyHomes on posts from March 1, 2020 to August 15, 2022 are attached hereto as **Exhibit C.**

20. Defendants also maintain a Facebook page account under the handle "Beth & CJ Buy Houses RI/MA" on which they use the hashtag #WeBuyUglyHouses to market and promote their real estate services on social media. As recently as August 15, 2022, Defendants used the #WeBuyUglyHouses on their Facebook page. Defendants' use of HomeVestors' UGLY HOUSES

Marks creates a likelihood of confusion such that a consumer would be confused. Screenshots of Defendants' Facebook page showing their use of the #WeBuyUglyHouses and #uglyhouses, on posts from April 11, 2022 to August 15, 2022 are attached hereto as **Exhibit D.**

21. While Defendants have removed the mark WE BUY UGLY HOUSES FOR CASH from their website, their prior use and any archived webpages continue to damage HomeVestors. Defendants' use of the UGLY HOUSES Marks to advertise their real estate services online and in other venues confuses and deceived consumers into believing that Defendants were and continue to be affiliated with HomeVestors. Defendants' intent to confuse consumers (1) harmed HomeVestors' reputation, (2) misappropriated business opportunities and profits intended for HomeVestors and its franchisees, and (3) drove up advertising costs for HomeVestors.

D.  **Defendants Have Willfully and Intentionally Infringed Upon HomeVestors' Marks.**

22. On March 27, 2020, HomeVestors notified Defendants of their infringing use of the UGLY HOUSES Marks:

> Your use of WE BUY UGLY HOUSES FOR CASH and WE BUY UGLY HOUSES and any other confusingly similar variation infringes on our client's registered trademarks and its common law usage of the marks, and constitutes trademark infringement, trademark dilution and unfair competition under Sections 32, 43(a) and 43(c) of the Lanham Act and various related state laws.

23. On March 30, 2020, Defendants responded, through their respective counsel, claiming they had ceased any infringing activity. Defendants, however, refused to enter into a binding agreement prohibiting their continued infringement or future infringement of HomeVestors' trademark rights and failed to compensate HomeVestors for their previous infringement.

24. Despite receiving notice of their infringing activity, Defendants refused to sign the settlement agreement to agree to permanently cease from infringing on the HomeVestors' UGLY HOUSES Marks without a license, including, on their website, on social media platforms bearing the Marks, and online marketing in other venues. Therefore, on September 7, 2022, HomeVestors sent Defendants another letter demanding Defendants sign an agreement to permanently cease use of HomeVestors' trademarks. Defendants failed to respond to the letter and agree to not infringe HomeVestors' rights.

25. Defendants' actions have injured HomeVestors, its franchisees, the HomeVestors' UGLY HOUSES Marks, the goodwill associated with those marks, and HomeVestors' reputation for quality services in the following ways:

(a) Defendants knowingly, willfully, and/or intentionally acted in a manner that was likely to cause confusion, mistake, or deception as to the source, origin, sponsorship, authorization, or affiliation of Defendants' real estate services;

(b) Defendants deliberately interfered with and damaged HomeVestors' relationship with customers, potential customers, and users of HomeVestors' services and other products; and

(c) Defendants' actions have harmed HomeVestors' reputation and goodwill.

26. HomeVestors has no adequate remedy at law for many of these injuries, and thus seeks permanent injunctive relief to deter any future wrongful acts of Defendants.

## VI.
## CLAIMS FOR RELIEF

### COUNT I
### Trademark Infringement
### Under the Lanham Act, 15 U.S.C. § 1114

27. HomeVestors realleges and incorporated by reference the allegations set forth in paragraphs 1 through 26 above.

28. HomeVestors is the owner of valid and subsisting U.S. registrations on the UGLY

HOUSES Marks identified above.

29. Defendants' wrongful and unauthorized use in commerce of the UGLY HOUSES Marks to promote, market or sell their franchising and/or real estate services constitutes trademark infringement under 15 U.S.C. § 1114, likely causes confusion, mistake or deception.

30. Defendants' intentional and willful infringement of the UGLY HOUSES Marks has caused damage to HomeVestors, and is causing irreparable harm to HomeVestors for which there is no adequate remedy at law. Therefore, HomeVestors is entitled to injunctive relief against Defendants.

31. HomeVestors is entitled to recover Defendants' profits, its actual damages, and the costs of this action. HomeVestors is further entitled to recover treble damages and attorneys' fees under 15 U.S.C. § 1117, as this is an exceptional case due to Defendants' willful conduct.

## COUNT II

### False Designation of Origin and Unfair Competition
### Under the Lanham Act, 15 U.S.C. § 1125(a)

32. HomeVestors realleges and incorporates by reference the allegations set forth in paragraphs 1 through 31 above.

33. HomeVestors is the owner of valid U.S. registrations for the UGLY HOUSES Marks identified above. The UGLY HOUSES Marks are distinctive marks that are associated with HomeVestors and exclusive identify HomeVestors' business and services.

34. Defendants have used in commerce one or more words, terms, names, symbols or devices and combinations thereof and/or false descriptions of origin that have caused or likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendants with HomeVestors and/or as to the origin, sponsorship, or approval of the services and products and commercial activities of Defendants, and thus constitute trademark infringement,

false designation of origin, and unfair competition with respect to the UGLY HOUSES Marks, in violation of the Lanham Act, 15 U.S.C. § 1125(a)(1)(A).

35. The actions of Defendants described above have at all times relevant to this action been willful and intentional.

36. As a result of Defendants' actions, HomeVestors has been damaged and will continue to be damaged. HomeVestors is entitled to recover Defendants' profits, its actual damages, and the costs of this action. HomeVestors is further entitled to recover treble damages and attorneys' fees under 15 U.S.C. § 1117, as this is an exceptional case due to Defendants' willful conduct.

### COUNT III
### (Common Law Trademark Infringement and Unfair Competition As to Defendants)

37. HomeVestors realleges and incorporates by reference the allegations set forth in paragraphs 1 through 36 above.

38. Defendants' wrongful and unauthorized use in commerce of the UGLY HOUSES Marks to promote, market or sell their franchising and/or real estate services constitutes common law trademark infringement, as it is likely to cause confusion, mistake or deception and unfair competition in violation of the common law of the state of Rhode Island.

39. Defendants are competitors of HomeVestors and have used the UGLY HOUSES Marks in connection with the promotion, advertisement, and marketing of its services real estate services in an effort to exploit HomeVestors' reputation in the market.

40. Defendants' infringing acts were intended to capitalize on HomeVestors' goodwill associated with HomeVestors' UGLY HOUSES Marks. HomeVestors has expended substantial time, resources, and effort to build its brand reputation using the UGLY HOUSES Marks. As a

result of HomeVestors' efforts, Defendants are now unjustly enriched and are benefitting from trademark rights that rightfully belong to the HomeVestors.

41. Defendants' intentional and willful infringement of the UGLY HOUSES Marks has caused, and will continue to cause, damage to HomeVestors, and is causing irreparable harm to HomeVestors for which there is no adequate remedy at law. Therefore, HomeVestors is entitled to injunctive relief against Defendants.

**COUNT IV**
**(Injury to Business Reputation or Trademark**
**under R.I. GEN. LAWS § 6-2-12)**

42. HomeVestors realleges and incorporates by reference the allegations set forth in paragraphs 1 through 41 above.

43. Defendants' use of the UGLY HOUSES Marks has injured and, unless enjoined, is likely to continue to injure HomeVestors' business reputation and/or dilute the distinctive quality of the UGLY HOUSES Marks in violation of R.I. Gen. Laws §6–2–12.

44. Defendants' diluting actions were intentional or with a reckless disregard for or willful blindness to HomeVestors' rights, such that Defendants willfully intended to injure HomeVestors' business reputation and or dilute the distinctive quality of the UGLY HOUSES marks.

45. HomeVestors is entitled to injunctive and equitable relief.

**APPLICATION FOR PERMANENT INJUNCTION**

46. HomeVestors realleges and incorporates by reference the allegations set forth in paragraphs 1 through 45 above.

47. Defendants, unless permanently enjoined, may continue to misrepresent to or mislead the public into believing that their services are sponsored by, approved by, affiliated with,

associated with, or originated by HomeVestors. Defendants cannot be permitted to infringe the UGLY HOUSES Marks by using those marks, or confusingly similar variations, to identify Defendants' competitive franchising and real estate services in violation of the Lanham Act and Rhode Island law.

48. Defendants' actions entitle HomeVestors to a permanent injunction, upon hearing, enjoining Defendants and their officers, agents, servants, employees, franchisees, and attorneys, and all persons in active concert or in participation with Defendants from:

- (a) Representing Defendants' services are in any way sponsored by, approved by, affiliated with, or originated by HomeVestors;

- (b) Using any of the UGLY HOUSES Marks or any confusingly similar variation thereof, alone or in combination with other words, as a trademark, service mark, corporate name, trade name, name component, domain name or domain name component, source codes, or to otherwise market, advertise, or identify Defendants' services; and

- (c) Otherwise competing unfairly with HomeVestors or injuring its business reputation in any manner.

49. For these actions, there is no adequate remedy at law. HomeVestors is therefore entitled to permanent injunctive relief against Defendants.

## PRAYER FOR RELIEF

WHEREFORE, HomeVestors respectfully prays that the Court enter judgment in its favor on each and every claim for relief set forth above and award it relief against Defendants including, but not limited to:

- (1) Actual, treble, and exemplary damages;

- (2) In accordance with 15 U.S.C. § 1116, issue a permanent injunction enjoining Defendants and Defendants' officers, agents, servants, employees, franchisees, if any, and attorneys, and all persons in active concert or participation with Defendants from the acts described in this Complaint;

- (3) Order Defendants and Defendants' officers, agents, servants, employees, franchisees, if any, and attorneys, and all persons in active concert or participation

with Defendants to identify all third parties to whom Defendants have represented an ownership, affiliation, association, or sponsorship with the UGLY HOUSES Marks and to whom Defendants have distributed any type of materials incorporating the UGLY HOUSES Marks;

(4) Order Defendants and Defendants' officers, agents, servants, employees, franchisees, if any, and attorneys, and all persons in active concert or participation with Defendants to identify all other advertising containing the UGLY HOUSES Marks;

(5) Order Defendants to provide an accounting of all sales, revenues, and profits related to Defendants' services that infringe the UGLY HOUSES Marks and that are falsely designated as being sponsored by, approved by, affiliated with, or associated with HomeVestors;

(6) In accordance with 15 U.S.C. § 1118, order all materials in Defendants' possession or control bearing the UGLY HOUSES Marks be surrendered for destruction;

(7) In accordance with 15 U.S.C. §§ 1117(a) and (d), award HomeVestors all of Defendants' profits from the aforesaid acts of trademark infringement, and unfair competition;

(8) In accordance with 15 U.S.C. §§ 1117(b) and (c), award HomeVestors the maximum statutory damages for Defendants' counterfeiting of the UGLY HOUSES Marks.

(9) In accordance with 15 U.S.C. § 1117(a), find this case to be exceptional in HomeVestors' favor and award HomeVestors its reasonable attorney's fees, costs, and expenses of this action;

(10) Award HomeVestors its costs and pre-judgment and post-judgment interest at the maximum allowable interest rate; and

(11) Grant HomeVestors such other relief, at law or in equity, to which it is justly entitled.

Dated: October 28, 2022                                          Respectfully submitted,

                                                                 By:  /s/ Beata Shapiro
                                                                 **BEATA SHAPIRO**
                                                                 State Bar No. 7861
                                                                 Beata.Shapiro@wilsonelser.com
                                                                 **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

260 F<small>RANKLIN</small> S<small>TREET</small>, 14<small>TH</small> F<small>LOOR</small>
B<small>OSTON</small>, MA 02110-3112
617-422-5300
617-423-6917 (*facsimile*)

**A<small>TTORNEY FOR</small> P<small>LAINTIFF</small>**